USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 29, 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

ROYCE CORLEY,

                              Plaintiff,        15 Civ. 1800 (KPF)

            v.                                ORDER

CYRUS R. VANCE, JR., *et al.*,

                             Defendants.

------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiff Royce Corley's Motion for Sanctions. (Dkt. #120). Pursuant to the Court's September 16, 2016 Order, this case is stayed pending resolution of Plaintiff's appeal of his underlying criminal conviction. (Dkt. #97). Once Plaintiff's appeal is resolved and the stay is lifted, the Court will consider Corley's Motion for Sanctions.

    SO ORDERED.

Dated:    November 29, 2016
               New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge

*A copy of this Order was mailed by Chambers to:*

Royce Corley
68011-054
Federal Correctional Institution
33 1/2 Pembroke Road
Danbury, CT 06811