Royce Corley
104 Gold Street
Brooklyn, NY 11201

February 5, 2020

Court Clerk
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                              RE: CHANGE OF ADDRESS

Dear Court Clerk:

    I respectfully ask that you docket this letter to the following cases to reflect my change of address:

    (1) United States v. Corley, 13 Crim. 48 (AJN);

1 of 2

(2) CORLEY v. UNITED STATES,
18 CIV. 9280 (AJN);

(3) CORLEY v. UNITED STATES,
18 CIV. 5050 (AJN);

(4) CORLEY v. NATHAN,
20 CIV. _____ (CM);

(5) CORLEY v. VANCE,
15 CIV. 1800 (KPF);

(6) CORLEY v. WITTNER,
15 CIV. 9621 (KPF);

(7) CORLEY v. FARRELL,
18 CIV. 763 (CM);

My CURRENT ADDRESS IS: Royce Corley, 104 GOLD STREET, BROOKLYN, NY 11201, UNTIL FURTHER NOTICE.

RESPECTFULLY SUBMITTED,

/S/

Royce Corley

Royce Corley
104 Gold Street
New York, NY 11201

RECEIVED
2020 FEB 10 PM 3:34
LEGAL MAIL
CLERK'S OFFICE
SDNY

USM-P3
SDNY

Crim. GP

⇔68011-054⇔
Court Clerk
U.S. District Court
Southern District of New York
500 Pearl Street
NEW YORK, NY 10007-1316
United States