# PERKINSCOIE

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T  +1.212.262.6900
F  +1.212.977.1649
PerkinsCoie.com

April 2, 2020

Jeffrey D. Vanacore
JVanacore@perkinscoie.com
D.  +1.212.262.6912
F.  +1.212.977.1642

*Via ECF*

The Honorable Katherine Polk Failla
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    Corley v. Vance, et al.
       15-cv-01800 (KPF)

Dear Judge Failla:

We represent Facebook, Inc. ("Facebook") in the above-captioned case.

On March 27, 2019, the Court dismissed all claims against Facebook.  See Docket No. 294.

The Clerk's office has advised us that in order to be removed from ECF notifications in this matter, I should seek leave of the Court to do so.  I respectfully request that the Court "memo endorse" this letter which we will provide to the Clerk's office to remove Facebook from the electronic notification system.

We also advise Mr. Corley that in the unlikely event he has a need to serve legal process on Facebook in the future, he must serve Facebook directly with any pleadings and not rely on the electronic noticing system.

Respectfully submitted,

*/s/ Jeffrey D. Vanacore*
Jeffrey D. Vanacore

Cc:    All parties via ECF

147765065.1
Perkins Coie LLP