UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROYCE CORLEY,

                Plaintiff,

       -v.-

CYRUS R. VANCE JR., *et al.*,

                Defendants.

15 Civ. 1800 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Defendants' November 6, 2020 letters (Dkt. #385-86) regarding their compliance with the Court's February 11, 2020 Order (Dkt. #358). Should Plaintiff wish to respond to Defendants' letters, any such reply must be submitted on or before November 30, 2020.

    The Clerk of Court is directed to transmit a copy of this Order to Plaintiff at his address of record.

    SO ORDERED.

Dated:  November 9, 2020
          New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge