UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROYCE CORLEY,

                           Plaintiff,

            -v.-

CYRUS R. VANCE JR., *et al.*,

                           Defendants.

15 Civ. 1800 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On November 6, 2020, the Court received letters from Defendants (Dkt. #385-86) regarding their compliance with the Court's February 11, 2020 Order (Dkt. #358).  On November 9, 2020, the Court directed Plaintiff to submit any responses to Defendants' letters on or before November 30, 2020.  (Dkt. #387). As the Court has received no further communications from Plaintiff, it considers Defendants' letters to be unopposed, and understands that Plaintiff therefore does not dispute Defendants' statements regarding their compliance with the Court's February 11, 2020 Order.

The parties are directed to file any pre-summary judgment submissions pursuant to Section 4(a) of the Court's Individual Rules on or before December 22, 2020.  Any responses to the submissions will be due on or before January 5, 2021.

The Clerk of Court is directed to transmit a copy of this Order to Plaintiff at his address of record.

SO ORDERED.

Dated:   December 7, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge